United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Migo Trading, LLC, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 22-20663-Civ-Scola |
| Meir Zohar and JTM BioEco LLC, | ) |
| doing business as | ) |
| JTM Global, Defendants. | ) |

### Order Dismissing Case

Previously, the Court reviewed Plaintiff Migo Trading, LLC's complaint and determined Migo's diversity allegations were lacking. (Order Req. Am. Compl., ECF No. 9.) Accordingly, the Court ordered Migo to file an amended complaint by March 22, 2022, if it wished to proceed further with its case. The Court forewarned Migo that its failure to timely to do so could result in the dismissal of its case. The date to do so has come and gone and Migo has not complied, nor has it sought an extension of time to do so.

A district court may dismiss a case, on its own initiative, if a plaintiff abandons its prosecution of the suit. *Compare* Fed. R. Civ. P. 41(b) *with Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link*, 370 U.S. at 630–31.

The Court finds Migo has abandoned its prosecution of this matter. The Court therefore **dismisses** this case **without prejudice**, and directs the Clerk of the Court to **close** the matter. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on March 31, 2022.

Robert N. Scola, Jr.
United States District Judge